Opinion issued April 28, 2011

 



 

 

 

 

              

 

In The

Court of Appeals

For The

First District of Texas

____________

 

NO. 01-11-00257-CR

____________

 

BRANDON AKEEM SEARCY, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 

 



On Appeal from the 174th District Court 

Harris County, Texas

Trial Court Cause No. 1216672

 

 



MEMORANDUM
OPINION








              Appellant,
Brandon Akeem Searcy, attempts to appeal his September 16, 2010 conviction for aggravated
robbery with a deadly weapon.  Under
Texas Rule of Appellate Procedure 26.2(a), a notice of appeal was due on or
before October 18, 2010.  See Tex.
R. App. P. 26.2(a).  Appellant
filed his “Motion for Out of Time Appeal” on February 22, 2011.

              A
notice of appeal that complies with the requirements of Rule 26 is essential to
vest this court with jurisdiction.  See Slaton v. State, 981 S.W.2d 208, 210
(Tex. Crim. App. 1998).  The court of
criminal appeals has expressly held that, without a timely filed notice of
appeal or motion for extension of time, we cannot exercise jurisdiction over an
appeal.  See Olivo v. State, 918
S.W.2d 519, 522 (Tex. Crim. App. 1996); see
also Slaton, 981 S.W.2d at 210.

              Because
the notice of appeal in this case was untimely, we have no basis for
jurisdiction over this appeal.  Accordingly, we dismiss the appeal for want of
jurisdiction.  See Tex. R. App. P.
25.2(d), 42.3(a), 43.2(f).

PER CURIAM

Panel consists of Chief Justice
Radack and Justices Alcala and Bland. 

Do not publish.   Tex.
R. App. P. 47.2(b).